# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS REYN, <br><br> Plaintiff, <br><br> vs. <br><br> KIOLO KIJAKAZI, Commissioner of Social Security <br><br> Defendant. | CASE NO.: 2:20-cv-7252-SK <br><br> [PROPOSED] <br> ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) and FOUR HUNDRED DOLLARS ($400.00) in costs, subject to the terms of the stipulation.

DATED: December 3, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE